IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALLEN MILES**                                                   **PLAINTIFF**
Reg. #60897-060

v.                         No: 4:19-cv-00497 BRW-PSH

**ERIC HIGGINS**, *et al.*                                   **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Defendants' motions for summary judgment (Doc. Nos. 50 & 54) are granted. Miles' claims are dismissed with prejudice.

IT IS SO ORDERED this 31st day of August, 2021.

                                                      Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE