# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ALLEN MILES**  **PLAINTIFF**
Reg. #60897-060

v.  No: 4:19-cv-00497 BRW-PSH

**ERIC HIGGINS,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed today, judgment is entered dismissing this case with prejudice.

IT IS SO ORDERED this 31st day of August, 2021.


    Billy Roy Wilson_____
    UNITED STATES DISTRICT JUDGE